ANDREW GILHOOLY, Respondent, *v.* ADOLPH TANNENBAUM,
Appellant.

(Argued December 4, 1891; decided December 22, 1891.)

Motion to dismiss appeal from judgment of the General
Term of the Court of Common Pleas in and for the city and

county of New York, which affirmed a judgment in favor of plaintiff entered upon an order sustaining a demurrer to defendant's counter-claim.

*Adolph Tannenbaum* for appellant.

*William E. Gilhooly* for respondent.

Agree to grant motion; no opinion.
All concur.
Appeal dismissed.